# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1343

_____

CODY J KEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 19, 2022

PER CURIAM.

DENIED.

RAY, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Cody J Key, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.